UNITED STATISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Lewis Bloom<br>v.                              Plaintiff,<br><br>Asbury Partners, LLC and<br>Madison Asbury Retail, LLC<br><br>                                Defendants. | **Docket No. 3:18-cv-12193(FLW)(TJB)** |

## NOTICE OF DISMISSAL OF DEFENDANT ASBURY PARTNERS, LLC WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lewis Bloom hereby gives notice that the above-captioned action, as to Defendant Asbury Partners LLC only, is voluntarily dismissed, without prejudice.

Dated: August 17, 2018
Clifton, NJ

MANEVITZ LAW FIRM

By: /s/Ben D. Manevitz
Ben D. Manevitz, Esq.
805 Clifton Avenue,
Clifton, NJ 07013
(973) 594-6529
ben@manevitzlaw.com
*Attorney for Plaintiff*

SO ORDERED:

_____
USDJ